**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

AUG 2 1 2013

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 13-226 |
| | ) | **(UNDER SEAL)** |
| ARNOLD MCCELLEN FRIEND | ) | |
| GERALD SECREST | ) | (21 U.S.C. § 846) |
| ALLEN REED FRIEND | ) | |

INDICTMENT

The grand jury charges:

From in and around the Summer of 2009, and continuing thereafter to in and around June 2010, in the Western District of Pennsylvania and elsewhere, the defendants, ARNOLD MCCELLEN FRIEND, GERALD SECREST, and ALLEN REED FRIEND, did knowingly, intentionally and unlawfully conspire with one another and with persons both known and unknown to the grand jury, to distribute and possess with intent to distribute a quantity of oxycodone, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

In violation of Title 21, United States Code, Section 846.

A True Bill,

_____
FOREPERSON

_____
DAVID J. HICKTON
United States Attorney
PA ID No. 34524