**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

AUG 2 1 2013

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. /3-226 |
| | ) | **[UNDER SEAL]** |
| ARNOLD MCCELLEN FRIEND | ) | |
| GERALD SECREST | ) | |
| ALLEN REED FRIEND | ) | |

## MOTION FOR ARREST WARRANTS

AND NOW comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Gregory J. Nescott, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that Arrest Warrants be issued for the apprehension of ARNOLD MCCELLEN FRIEND, GERALD SECREST, and ALLEN REED FRIEND, upon the grounds that an Indictment has been returned in the above-captioned criminal case charging the defendants with knowingly, intentionally and unlawfully conspiring with persons both known and unknown to the grand jury to distribute and possess with intent to distribute a quantity of oxycodone, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), in violation of Title 21, United States Code, Section 846.

Recommended bond: - $50,000 unsecured bond.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

By:     _____
GREGORY J. NESCOTT
Assistant U.S. Attorney
PA ID No. 27331