IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | Cr. No. _13-226-2_ |
|---|---|---|
| vs. | ) | Judge _McVerry_ |
| _Gerald Secrest_ | ) | |
| | ) | Magistrate Judge Robert C. Mitchell |

## MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

Defense Counsel: _John Halley_

Government: _Gregory Nescott_, AUSA, _Barbara Doolittle, on behalf of_

1. Date of Arraignment: _9-30-13 @ 1:37-1:40_
2. Defendant is: _____ incarcerated.
   ___✗___ on bond.
3. Defendant entered a plea of _not guilty_.
4. The parties were advised that all pretrial motions must filed within forty-five (45) days.
5. A Rule 16 conference: _____ has been held.
   _____ has not been held.
6. Discovery is _____ completed  _____ not completed.
7. Defendant has requested to be tried by:  ___✓___ Jury
   _____ Non-Jury
8. All parties have been advised that the matter:
   _____ has been scheduled for trial for _____.
   _____ has not been scheduled for trial.
   ___✓___ has not been scheduled for trial, but will be notified.
9. Estimated trial length: _at 3 days_
10. Defendant: ___✓___ has been processed by U.S. Marshal.
    _____ has not been processed by U.S. Marshal, but has been advised to be processed.

Robert C. Mitchell
United States Magistrate Judge