IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        )
                                )
            v.                  )        Criminal No. *13-226-2*
                                )        ~~[          ]~~
GERALD SECREST                  )

## ARRAIGNMENT PLEA

Defendant GERALD SECREST

being arraigned, pleads *Not Guilty*

in open Court this *30th* day of

*September* , 20*13*.

_____
      (Defendant's Signature)

_____
      (Attorney for Defendant)